

U.S. Department of Justice

United States Attorney
Northern District of Iowa

*111 Seventh Avenue SE*     (319) 363-6333
*Box 1*     FAX (319) 363-1990
*Cedar Rapids, Iowa 52401-2101*

January 15, 2025

Maureen W. Gornik, Acting Clerk of Court
Eighth Circuit Court of Appeals
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

    Re:    *United States v. LaVance Cooper*, No. 24-1998
              (to be argued and submitted to the Honorable Judges Grasz, Stras,
              and Kobes on January 17, 2025)
              Local Rule 34B letter

Dear Ms. Gornik:

    Pursuant to Eighth Circuit Local Rule 34B, the government informs the Court of two other cases on the oral argument calendar this week that involve both facial and as-applied Second Amendment challenges to 18 U.S.C. § 922(g)(3):

    *United States v. Baxter*, No. 24-1164
    *United States v. Perez*, No. 24-1553

    Thank you.

                                                 Sincerely,

                                                 TIMOTHY T. DUAX
                                                 United States Attorney

                                                 By: */s/ Adam J. Vander Stoep*

                                                 ADAM J. VANDER STOEP
                                                 Assistant United States Attorney

cc:     Mark C. Meyer

[The body of this letter contains 49 words]

## CERTIFICATE OF FILING AND SERVICE

  I certify that, on January 15, 2025, I electronically filed the foregoing document with the Clerk for the Eighth Circuit Court of Appeals by using the CM/ECF system, which will send notification of such filing to the parties or attorneys of record.

              TIMOTHY T. DUAX
              United States Attorney

              By: */s/ RAL*

              Legal Assistant