# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1998

United States of America

Appellee

v.

LaVance LeMarr Cooper

Appellant

___

Appeal from U.S. District Court for the Northern District of Iowa - Eastern
(6:23-cr-02040-CJW-1)

___

**ORDER**

The motion to stay the mandate filed by Adam John Vander Stoep is denied.

March 25, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Susan E. Bindler