# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1998

United States of America

Appellee

v.

LaVance LeMarr Cooper

Appellant

___

Appeal from U.S. District Court for the Northern District of Iowa - Eastern
(6:23-cr-02040-CJW-1)

___

**MANDATE**

In accordance with the opinion and judgment of February 5, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 14, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit